DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| People Unlimited Consulting, Inc. v. B&A Indus., LLC<br><br>Case below:<br>158 N.C. App. 744 | No. 411P03 | 1. Defs' (Scott and Kathy Shoff Russell) PDR Under N.C.G.S. § 7A-31 (COA02-815)<br><br>2. Defs' (Scott and Kathy Shoff Russell) PWC to Review the Decision of the COA | 1. Denied<br><br>2. Denied |
| Piedmont Inst. of Pain Mgmt. v. Staton Found.<br><br>Case below:<br>157 N.C. App. 577 | No. 340P03 | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-147) | Denied |
| Pintacuda v. Zuckeberg<br><br>Case below:<br>159 N.C. App. 617 | No. 509A03 | 1. Def's NOA Based Upon a Dissent<br><br>2. Def's PDR as to Additional Issues (COA02-905) | 1. ——<br><br>2. Allowed |
| Ridgefield Properties, L.L.C. v. City of Asheville<br><br>Case below:<br>159 N.C. App. 376 | No. 484A03 | 1. Respondent's NOA Based Upon a Dissent (COA02-1110)<br><br>2. Respondent's PDR as to Additional Issues | 1. ——<br><br>2. Denied |
| Smith v. First Choice Servs.<br><br>Case below:<br>158 N.C. App. 244 | No. 357P03 | Joint Motion to Withdraw PDR (COA02-814) | Dismissed as moot<br>**08/29/03** |
| Smith v. Hamrick<br><br>Case below:<br>159 N.C. App. 696 | No. 449P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-1004) | Denied |
| Smith v. State Farm Mut. Auto. Ins. Co.<br><br>Case below:<br>157 N.C. App. 596 | No. 318A03 | 1. Def's NOA Based Upon a Dissent (COA02-544)<br><br>2. Plt's PDR as to Additional Issues (COA02-544) | 1. ——<br><br>2. Denied |
| State v. Allison<br><br>Case below:<br>159 N.C. App. 467 | No. 378P00-3 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1043)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |